*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
STEPHENS, COGLEY, and DEERWESTER
Appellate Military Judges

———————————————

**UNITED STATES**
*Appellee*

**v.**

**Marcel W. HATCHER**
Boatswain's Mate First Class (E-6), U.S. Navy
*Appellant*

**No. 202100350**

———————————————

Decided: 15 March 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Ann Minami

Sentence adjudged 27 August 2021 by a special court-martial convened at Naval Base Kitsap, Bremerton, Washington, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 9 months, a fine of $4,000,[1] and a bad-conduct discharge.

For Appellant:
*Commander Kyle Kneese, JAGC, USN*

---

[1] The convening authority suspended execution of the $4,000 fine for 6 months from the Entry of Judgment, at which time the unexecuted fine, unless sooner vacated, will be automatically remitted.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.